IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROLAND GUTIERREZ; SARAH ECKHARDT; and the TEJANO DEMOCRATS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:21-CV-769-RP |
| GOVERNOR GREG ABBOTT, *in his official capacity;* and DEPUTY SECRETARY OF STATE OF TEXAS JOSE A. ESPARZA, *in his official capacity*, | § § § § § § | |
| Defendants. | § | |

## ORDER CONSTITUTING THREE-JUDGE COURT

This suit challenges the constitutionality of the apportionment of the Texas House of Representatives and Texas Senate districts, which are statewide legislative bodies. United States District Court Judge Robert Pitman has requested, pursuant to 28 U.S.C. § 2284(b), that a three-judge court be convened. I hereby designate a Circuit Judge and a District Judge to serve with Judge Pitman. The members of the three-judge district court convened under 28 U.S.C. § 2284 are:

        Judge Jerry E. Smith
        Circuit Judge
        United States Court of Appeals for the Fifth Circuit

        Judge Robert Pitman
        United States District Judge
        Western District of Texas

        Judge Jeffrey V. Brown
        United States District Judge
        Southern District of Texas

September 2, 2021

*Priscilla Richman Owen*
Priscilla Richman Owen, Chief Judge
United States Court of Appeals for the
Fifth Circuit