IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROLAND GUTIERREZ, SARAH ECKHARDT, and TEJANO DEMOCRATS, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *Governor of the State of Texas, in his official capacity*, and JOSE A. ESPARZA, *Deputy Secretary of State of Texas, in his official capacity*, <br><br> Defendants. | § § § § § § § § § § § § § § § § | 1:21-CV-769-RP-JES-JVB |

**ORDER**

The Court will conduct a non-evidentiary hearing and status conference at 10:00 a.m. on Thursday, October 28, 2021. The Court is aware that is after the Third Special Session of the Texas Legislature will have ended.

The hearing will include arguments on the parties' positions on the Motion for Preliminary Injunction, (Dkt. 10), and the Motion to Dismiss or Abate, (Dkt. 12). At the hearing, the parties should indicate whether an evidentiary hearing or discovery is needed in light of the current status of any motions.

The attorneys should be prepared to indicate a plan for this panel's resolution of pending matters. Agreement by the two sides is welcome.

1

The Court requests the attorneys to file advisories, as appropriate, regarding any factual or legal developments that bear on this case, including any pertinent litigation. The attorneys are reminded that such advisories are not a vehicle to argue any point of law or fact; leave to do so must be obtained.

**IT IS SO ORDERED**.

**SIGNED** on September 30, 2021 on behalf of the Three-Judge Panel.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE