IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROLAND GUTIERREZ, SARAH ECKHARDT, and TEJANO DEMOCRATS, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *Governor of the State of Texas, in his official capacity*, and JOSE A. ESPARZA, *Deputy Secretary of State of Texas, in his official capacity*, <br><br> Defendants. | 1:21-CV-769-RP-JES-JVB |

**ORDER**

Before the Court is Defendants Greg Abbott and Jose Esparza's ("Defendants") Opposed Motion to Consolidate (the "Motion"). (Dkt. 20). On October 18, 2021, the League of United Latin American Citizens ("LULAC") and other plaintiffs filed a new redistricting case in the El Paso Division. *See* Complaint for Declaratory and Injunctive Relief, *LULAC v. Abbott*, No. 3:21-cv-00259 (W.D. Tex. Oct. 18, 2021). On October 20, 2021, Defendants filed this Motion.

The Court has set a non-evidentiary hearing and status conference in this case for October 28, 2021. (Dkt. 16). Given that the parties will be assembled, the Court will also hear argument on the instant Motion at that time. In anticipation of the hearing, the Court will set an expedited briefing schedule for Plaintiffs Roland Gutierrez, Sarah Eckhardt, and Tejano Democrats to respond to the Motion.

Accordingly, **IT IS ORDERED** that Plaintiffs Roland Gutierrez, Sarah Eckhardt, and Tejano Democrats shall file their response to the Motion to Consolidate no later than **5:00 p.m. on Monday, October 25, 2021.**

**SIGNED** on October 22, 2021 on behalf of the Three-Judge Panel.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE