**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ROLAND GUTIERREZ, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | Case No. 1:21-cv-769-RP-JES-JVB |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

**JOINT STATUS REPORT**

Pursuant to the Court's previous order, *see* ECF 24, the parties file this joint status report.

Plaintiffs initiated a state-court lawsuit in Travis County on November 22, 2021. Cause No. D-1-GN-21-006898. That case was ultimately consolidated with a related case, *MALC v. Abbott*, Cause No. D-GN-21-006515. A three-judge district court was convened to hear these cases, comprising of Judge Karin Crump of the 250th District Court of Travis County, Justice Ken Wise of the Fourteenth Court of Appeals, and Judge Emily Miskel of the 470th District Court of Collin County.

MALC and the Gutierrez Plaintiffs each sought a temporary injunction, requesting that the Texas House and Senate maps be enjoined from operation, and temporary electoral maps be put in place for the 2022 primary and general elections. In each case, the State Defendants filed a plea to the jurisdiction, asking the Court to dismiss plaintiffs' claims for lack of jurisdiction.

The Court held an evidentiary hearing on the motions for temporary injunction and pleas to the jurisdiction on December 15 and 16. The Court subsequently denied the temporary-injunction motions, denied the plea to the jurisdiction as to MALC, and granted in part and denied in part the plea to the jurisdiction as to the Gutierrez Plaintiffs.

The State Defendants appealed the Court's order to the Supreme Court of Texas on December 27, 2021, which stayed all proceedings before the three-judge court pursuant to Texas Civil Practice

and Remedies Code § 51.014(b). Oral argument before the Supreme Court is set for March 23, 2022.

The parties will file a further joint status report upon the Supreme Court's decision, or at any other time ordered by the Court.

Date: March 4, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov

COUNSEL FOR DEFENDANTS

/s/ Martin Golando
MARTIN GOLANDO
THE LAW OFFICE OF MARTIN GOLANDO, PLLC
Texas Bar No. 24059153
2326 W. Magnolia
San Antonio, Texas 78201
Office: (210) 471 -1185
martin.golando@gmail.com

COUNSEL FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 4, 2022, and that all counsel of record were served by CM/ECF.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN

2

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the Plaintiffs on March 4, 2022, who agreed to the filing of this joint advisory.

<u>/s/ Patrick K. Sweeten</u><br>
PATRICK K. SWEETEN