IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROLAND GUTIERREZ, SARAH ECKHARDT, and TEJANO DEMOCRATS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:21-CV-769-RP-JES-JVB |
| GREG ABBOTT, *Governor of the State of Texas, in his official capacity*, and JOSE A. ESPARZA, *Deputy Secretary of State of Texas, in his official capacity*, | § § § § § § | |
| Defendants. | § § | |

## **ORDER**

On October 21, 2021, the Court vacated a motions hearing in this matter and ordered the parties to file a joint status report once they determined the impact of related state court litigation. (Dkt. 24). On March 4, 2022, the parties filed a joint status report indicating that the state court case, Cause No. D-1-GN-21-006898, is currently on appeal to the Supreme Court of Texas, with proceedings before the three-judge state court stayed. (Dkt. 28).

"A district court has inherent authority to manage its docket, which includes the power to stay proceedings." *Whole Woman's Health v. Hellerstedt*, 2017 WL 5649477, *1 (W.D. Tex. Mar. 16, 2017) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). In light of the ongoing state court litigation, and the Court's inherent authority, the Court will stay these proceedings until further notice from the parties.

Accordingly, **IT IS ORDERED** that this action is **STAYED**.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report no later than **June 2, 2022**, and quarterly joint status reports thereafter until the stay is lifted.

1

**IT IS FINALLY ORDERED** that the parties shall file an additional joint status report upon the final resolution of the state court case.

**SIGNED** on April 28, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE