# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ROLAND GUTIERREZ; SARAH ECKHARDT; and the TEJANO DEMOCRATS, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | CIVIL ACTION NO. __1:21-CV- 00769- RP-JES-JVB |
| GREG ABBOTT, Governor of the State of Texas sued in his official capacity; and, JOSE A. ESPARZA, Deputy Secretary of State of Texas and acting Secretary of State of Texas sued in his official capacity. | § § § § § § § | |
| *Defendants*. | § § § | |

## PLAINTIFFS' PROPOSED ORDER ON MOTION FOR NONSUIT

Before the Court is the Plaintiffs' Unopposed Motion for Nonsuit. That motion is GRANTED.

SIGNED this ____ day of _____, 2022.

_____
Judge Presiding