### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| ROLAND GUTIERREZ; SARAH ECKHARDT; and the TEJANO DEMOCRATS, § § § § *Plaintiffs*, § § v. § § GREG ABBOTT, GOVERNOR OF THE STATE § OF TEXAS SUED IN HIS OFFICIAL CAPACITY; § AND JOSE A. ESPARZA, DEPUTY § SECRETARY OF STATE OF TEXAS SUED IN § HIS OFFICIAL CAPACITY, § § *Defendants*. § | Case No. 1:21-cv-00769-RP |

### JOINT ADVISORY

The parties file this joint status report pursuant to the Court's September 16, 2022, order. *See* ECF 31. Plaintiffs recently decided they no longer wish to pursue this matter. On Friday, September 30, 2022 Plaintiffs filed a nonsuit of this case. *See* ECF 32. As a result, the Court can close this case pursuant to Federal Rule of Civil Procedure 41(a) without reaching the merits of Plaintiffs' claims.

| | |
|---|---|
| Date: October 3, 2022 | Respectfully submitted. |
| | |
| KEN PAXTON | /s/ Patrick K. Sweeten |
| Attorney General of Texas | PATRICK K. SWEETEN |
| | Deputy Attorney General for Special Litigation |
| BRENT WEBSTER | Tex. State Bar No. 00798537 |
| First Assistant Attorney General | |
| | WILLIAM T. THOMPSON |
| | Deputy Chief, Special Litigation Unit |
| | Tex. State Bar No. 24088531 |

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

*/s/ Martin Golando*
THE LAW OFFICE OF MARTIN GOLANDO, PLLC
Texas Bar No. 24059153
2326 W. Magnolia
San Antonio, Texas 78201
Office: (210) 471-1185
martin.golando@gmail.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 3, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for the Plaintiffs on October 3, 2022, who agreed to the filing of this joint advisory.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN